WORT *v.* FINLEY.—In error.

THE statute of 1838 required the summons of a justice of the peace to be served at least three days (the day of service being excluded from the computation) before the time of appearance. R. S. 1838, p. 366.

A judgment rendered against a person without notice of the suit is a nullity. *Bliss* v. *Wilson*, 4 Blackf. 169.